UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

James EFFIWATT

Write the full name of each plaintiff.

\_\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

BROOKLYN DISTRICT ATTORNEY
DAVID SALAMON; SHYFRA SALAMON;
HUBBARD ESTATES LLC; JOHN DOE 1-2
DETECTIVES D.A.' OFFICE; JOHN & JANE DOE 1-20

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

2022 DEC 29 PM 3: 50

EDNY PRO SE OFFICE
RECEIVED

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐   **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

1) ARTICLE 1, SEC-10 → THE RIGHT TO CONTRACT
2) ARTICLE 4 → FULL FAITH AND CREDIT CLAUSE.
3) ARTICLE 8, 14 → DUE PROCESS RIGHTS VIOLATION
4) AMENDMENTS 5, 8, 9

### B.   If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of

(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Defendant 4:    HUBBARD ESTATES LLC
                First Name              Last Name
                DOING BUSINESS FOR DEFENDANTS 2 & 3
                Current Job Title (or other identifying information)
                694 MYRTLE AVENUE
                Current Work Address (or other address where defendant may be served)
                KINGS, BROOKLYN NY    11205
                County, City              State         Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  36 HUBBARD PLACE, BROOKLYN, NY 11210

Date(s) of occurrence:  JANUARY 4, 2022

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

ON JANUARY 4, 2022, AT ABOUT 6:30AM, DEFENDANT ERIC GONZALEZ DISPATCHED TWO OF HIS AGENTS (JOHN DOE 1 & 2) TO A PROPERTY LAWFULLY OWNED BY PLAINTIFF JAMES EFFIWATT, AND CAUSED PLAINTIFF TO BE PLACED IN HANDCUFFS AND SHACKLES, WITHOUT IDENTIFYING THEMSELVES, OR READING PLAINTIFF HIS MIRANDA RIGHTS. PLAINTIFF WAS THEN PLACED IN AN UNMARKED CAR AND TAKEN TO THE DISTRICT ATTORNEYS OFFICE. THROUGH A PROCESS OF COERCION AND INTIMIDATION, PLAINTIFF WAS ARRAIGNED BEFORE A JUDGE WHO DID NOT IDENTIFY PLAINTIFF BY NAME, BUT PROCEEDED TO READ OUT A SERIES OF CHARGES. PLAINTIFF DEMANDED THE COURT'S JURISDICTION, WHICH WAS NOT PROVIDED. PLAINTIFF ALSO DEMANDED THE COURTS Page 5 OATH OF OFFICE, ALONG WITH THAT OF THE ASSISTANT DISTRICT ATTORNEY, JOSEPH LONGOBARD

AS WELL AS THE PUBLIC DEFENDER LEONE SCHRANK WHICH WAS NOT PROVIDED. THE D.A. THEN DEMANDED THAT PLAINTIFF BE IMPRISONED AT RIKERS ISLAND BECAUSE HE WOULD NOT SIGN A DOCUMENT TRANSFERRING THE PROPERTY BACK TO DAVID AND SHERA SALOMON. PLAINTIFF INFORMED THE COURT THAT HE WAS THE SECURED PARTY CREDITOR IN A FINANCIAL STATEMENT FILED WITH THE NEW YORK DEPARTMENT OF STATE. THE COURT IGNORED THAT AND SENT PLAINTIFF TO RIKERS ISLAND, WHERE

**INJURIES:** PLAINTIFF SUFFERED ENORMOUS PAIN, HUMILIATION AND LOSS OF FACE.

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

PLAINTIFF WAS DENIED PSYCHOLOGICAL AND MENTAL HEALTH ASSISTANCE WHILE INCARCERATED, AND CONTINUES TO SUFFER FLASHBACKS, ANGUISH, DEPRESSION, ANXIETY AND SUICIDAL IDEATIONS. PLAINTIFF ALSO SUFFERED LOSS OF INCOME AND FINANCIAL RUIN.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

PLAINTIFF WANTS THE COURT TO RESTORE PLAINTIFF AS THE LAWFULL OWNER OF THE PROPERTY ACQUIRED THROUGH THE LAWFUL PROCESS AS ENUMERATED UNDER NEW YORK UCC 9-609, INCLUDING THE RENTAL INCOME OWED. PLAINTIFF ALSO WANTS THE COURT TO IMPOSE PUNITIVE DAMAGES ON THE DEFENDANTS, BASED ON THE TERMS OF THE CONTRACT ON WHICH THE CLAIM IS BASED.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

12/29/2022
Dated                                              Plaintiff's Signature

James            Dominic         Elliwatt
First Name            Middle Initial       Last Name

P.O. BOX 1177,
Street Address

NEW YORK              NEW YORK          10116
County, City                State              Zip Code

646-966-8021                        jameselliwatt@gmail.com
Telephone Number                    Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7